

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 9 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARY WALLACE WILLIAMS, Petitioner-Appellant, v. TIMOTHY FILSON, Warden and ADAM PAUL LAXALT, Attorney General, Respondents-Appellees. | No. 13-99002 D.C. No. 2:98-cv-00056-PMP-VCF District of Nevada, Las Vegas ORDER |

Before: BERZON, WATFORD, and OWENS, Circuit Judges.

The panel unanimously votes to deny the petition for panel rehearing and rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for panel rehearing and rehearing en banc, filed December 17, 2018, is DENIED.