1  AARON D. FORD
   Attorney General
2  AMANDA C. SAGE (Bar No. 13429)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  Telephone: (775) 687-2141
   Fax: (775) 684-1108
6  ASage@ag.nv.gov
   Attorney for Respondents
7

8               **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10  CARY W. WILLIAMS,                          Case No. 2:98-cv-00056 APG-VCF

11        Petitioner(s),

                                               **UNOPPOSED MOTION FOR**
12  vs.                                        **ENLARGEMENT OF TIME**
                                               **(THIRD REQUEST)**
13  TIMOTHY FILSON, et al.,

14        Respondent(s).

15        Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada,

16  hereby respectfully move this Court for an order granting a five (5) day enlargement of time, to and

17  including June 4, 2019, in which to file and serve their answer to Williams' petition on remand.

18        This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure

19  and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and

20  other materials on file herein.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                    -1-

1        There have been two prior enlargements of Respondents' time to file said response, and this

2  motion is made in good faith and not for the purposes of delay.

3        RESPECTFULLY SUBMITTED this 30th day of May, 2019.

4                            AARON D. FORD
                             Attorney General

5

6                            By:    /s/ Amanda C. Sage
                                 AMANDA C. SAGE (Bar No. 13429)
                               Senior Deputy Attorney General

7

8

9

10

11

12                              **ORDER**

13    IT IS SO ORDERED.

14

15

16                            UNITED STATES DISTRICT JUDGE

17                            Dated: May 30, 2019.

18

19

20

21

22

23

24

25

26

27

28

1 AARON D. FORD
Attorney General
2 AMANDA C. SAGE (Bar No. 13429)
Senior Deputy Attorney General
3 State of Nevada
Office of the Attorney General
4 100 North Carson Street
Carson City, Nevada 89701-4717
5 Telephone: (775) 687-2141
Fax: (775) 684-1108
6 ASage@ag.nv.gov
Attorney for Respondents
7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10 CARY W. WILLIAMS, | Case No. 2:98-cv-00056 APG-VCF

11      Petitioner(s),

12 vs. | **DECLARATION OF COUNSEL**

13 TIMOTHY FILSON, et al.,

14      Respondent(s).

15 STATE OF NEVADA     )
                     : ss.
16 CARSON CITY          )

17      I, AMANDA C. SAGE, hereby state, based on personal knowledge and/or information and

18 belief, that the assertions of this declaration are true:

19      1.     I am a Senior Deputy Attorney General employed by the Attorney General's Office of the

20 State of Nevada in the Bureau of Criminal Justice, Post-Conviction Unit, and I make this declaration on

21 behalf of Respondents' motion for enlargement of time in the above-captioned matter.

22      2.     By this motion, I am requesting a final five (5) day enlargement of time, to and including

23 June 4, 2019, to answer Williams' petition on remand. This is Respondents' third request for an

24 enlargement.

25      3.     The response is currently due May 30, 2019.

26      4.     I have dedicated substantial time towards this response, including familiarizing myself with

27 a lengthy record that dates back to. 1982. While the response is nearly complete, an additional 5 days

28 would give me the weekend to complete some final research and finalize my arguments. I anticipated

-3-

filing on time, however several unexpected filings in other cases in the past two weeks required quick responses that diverted my attention. These cases included oppositions to two motions for reconsideration in *Sonner v. Filson*, Case No. 2:00-cv-1101 (death penalty), and *Doyle v. Filson*, Case No. 3:00-cv-101 (death penalty) and a reply to a lengthy opposition to a motion to dismiss in *Hermansen v. Baker*, 3:17-cv-135, a case I unexpectedly took over just days before the deadline. As a result, an additional 5 days would allow me to finish my response in this matter.

5. On May 30, 2019, I contacted Randolph Fiedler, Assistant Federal Public Defender representing Mr. Williams in this matter, about my enlargement request. Mr. Fiedler indicated he had no objection to my request for enlargement.

6. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

DATED: May 30, 2019.

By: /s/ Amanda C. Sage
AMANDA C. SAGE (Bar No. 13429)

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 30th day of May, 2019, I served a copy of the foregoing UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (THIRD REQUEST), by U.S. District Court CM/ECF electronic filing to:

Randolph Fiedler
Assistant Federal Public Defender
411 East Bonneville Avenue, Suite 250
Las Vegas, NV 89101

/s/ Laurie Sparman