UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARY WALLACE WILLIAMS,<br><br>　　　　　　Petitioner,<br>　v.<br><br>TIMOTHY FILSON, et al.,<br><br>　　　　　　Respondents. | Case No.: 2:98-cv-00056-APG-VCF<br><br>**ORDER**<br><br>(ECF No. 269) |

The respondents' motion to enlarge time to file their responses **(ECF No. 269) is GRANTED**. The respondents' responses are due by June 8, 2020.

Dated: May 8, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE