# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CARY WALLACE WILLIAMS,

                     Petitioner,

   v.

TIMOTHY FILSON, et al.,

                   Respondents.

Case No.: 2:98-cv-00056-APG-VCF

**ORDER**

(ECF No. 275)

        The respondents' motion for extension (275) is granted.  The responses are due by July 13, 2020.  No further extensions will be granted absent extraordinary circumstances.

        Dated: June 30, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE