UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Cary Wallace Williams,<br><br>　　　　　　　　　　Petitioner,<br>v.<br><br>William Gittere, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:98-cv-00056-APG-VCF<br><br>**Scheduling Order for Evidentiary Hearing** |

I have considered the parties' joint notice regarding the evidentiary hearing in this capital habeas case. ECF No. 287. The following schedule will govern the evidentiary hearing:

### The Evidentiary Hearing

The evidentiary hearing will commence on **January 24, 2022, at 9:00 am**., in Las Vegas courtroom 6C.

### First Disclosure of Experts

By **October 5, 2021**, the parties will disclose to each other the names of any experts who will testify, accompanied by a written report for each expert in compliance with Fed. R. Civ. P. 26(a)(2)(B). Such disclosure will be made by e-mail or other informal means. The parties need not file formal notices.

### Second Disclosure of Experts

By **October 19, 2021**, the parties will disclose to each other the names of any rebuttal experts, accompanied by a written report for each expert in compliance with Fed. R. Civ. P. 26(a)(2)(B). Such disclosure will be made by e-mail or other informal means. The parties need not file formal notices.

/ / / /

/ / / /

Pre-Hearing Briefs

Williams will submit a pre-hearing brief by **November 16, 2021**. The respondents will file a responsive pre-hearing brief by **November 30, 2021**. Williams may file a reply to the respondents' brief by **December 7, 2021**.

Witness List and Exhibit List

The parties will file witness lists and exhibit lists no later than **December 10, 2021**. The parties will file a joint exhibit list, identifying the exhibits they agree are admissible. The parties will file separate lists of exhibits that the parties do not agree are admissible.

Pre-Hearing Motions

The parties will file any pre-hearing motions by **December 17, 2021**. The schedule for the briefing of such motions will be as set forth in Local Rule 7-2(b).

Marking and Submission of Exhibits

The parties are to contact Melissa Johansen, at 702-464-5415, no less than five calendar days before the evidentiary hearing to arrange to mark and submit exhibits.

Status Reports

At three-month intervals beginning on **April 12, 2021**, and continuing until the hearing, the parties will file joint status reports regarding the feasibility of adhering to this scheduling order in light of the COVID-19 pandemic.

Dated: January 14, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE