Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_Fiedler@fd.org
Heather Fraley
Assistant Federal Public Defender
Texas Bar No. 24050621
Heather_Fraley@fd.org
Brad D. Levenson
Assistant Federal Public Defender
California Bar No. 166073
Brad_Levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Cary Williams,<br><br>       Petitioner,<br><br>v.<br><br>William Gittere, *et al.*,<br><br>       Respondents. | Case No. 2:98-cv-00056-APG-VCF<br><br>**Stipulation and Proposed Scheduling Order Regarding: (1) Deposition Testimony of Dr. Erin Bigler; and (2) Remaining Deadlines**<br><br>DEATH PENALTY CASE |

Last fall, the parties filed a Stipulation and Proposed Scheduling Order to Continue Proceedings 90 days.[1] This Court accepted the stipulation, adopted the proposed deadlines, and scheduled the evidentiary hearing to begin on May 16, 2022.[2]

IT IS HEREBY STIPULATE AND AGREED that:

1.  In anticipation of the hearing, the parties have been conferring regarding two issues. First, one of Mr. Williams's experts, Dr. Erin Bigler, is very ill. The parties have conferred regarding deposing Dr. Bigler and presenting his deposition in court under Fed. R. Civ. P. 32(a). The parties agree that Dr. Bigler "cannot attend or testify [at the hearing] because of . . . illness . . . ." Fed. R. Civ. P. 32(a)(4). Thus, the parties have agreed to depose Dr. Bigler on March 23, 2022. This deposition will occur virtually starting at 10 a.m. The parties agree this deposition will be admissible, subject to the conditions imposed under Fed. R. Civ. P. 32(a). Williams will the bear the costs, including the audiovisual recording costs.

2.  Second the parties have conferred regarding the remaining deadlines in this case. Counsel for Mr. Williams requires an additional two weeks to complete his Prehearing Brief. Accordingly, counsel have come to a proposed agreement regarding the remaining deadlines previously set by this Court. The schedule proposed below does not change the hearing date, or the date to contact chambers for marking exhibits: Williams's prehearing brief is moved two weeks from its

---

[1] ECF No. 291.
[2] ECF No. 292.

1  current deadline; all other deadlines are moved three weeks from their current
2  deadlines.
3      3.   The parties ask this Court to modify its previous order and adopt the
4  following schedule for this evidentiary hearing:
5      (a) The evidentiary hearing will take place starting on May 16, 2022.
6      (b) Mr. Williams's pre-hearing brief will be due on February 28, 2022.
7         The State's responsive pre-hearing brief will be due on March 21,
8         2022. Mr. Williams's reply will be due on March 28, 2022.
9      (c) The witness lists and exhibits list will be due on March 31, 2022.
10     (d) Pre-hearing motions will be due on April 7, 2022. Any oppositions
11        or replies will be governed by LR 7-2(b).
12     (e) No later than five days before the hearing begins, the parties will
13        mark and submit exhibits.
14 ///
15 ///
16 ///

(f) The parties will continue to file status reports at three-month intervals, consistent with the January 14, 2021 order.

Dated this 8th day of February, 2022.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Aaron Ford<br>Attorney General of Nevada |
| */s/ Randolph M. Fiedler*<br>Randolph M. Fiedler<br>Assistant Federal Public Defender | */s/ Jessica Perlick*<br>Jessica Perlick<br>Senior Deputy Attorney General |
| */s/ Heather Fraley*<br>Heather Fraley<br>Assistant Federal Public Defender | */s/ Charles L. Finlayson*<br>Charles L. Finlayson<br>Senior Deputy Attorney General |
| */s/ Brad Levenson*<br>Brad Levenson<br>Assistant Federal Public Defender | |

## ORDER

The parties have submitted a stipulation requesting this Court modify the scheduling order and accept the parties' position on deposing Dr. Bigler. Based on this stipulation and for good cause shown, it is hereby ordered that the following schedule will govern the evidentiary hearing.

<u>The Evidentiary Hearing</u>

The evidentiary hearing will commence on May 16, 2022, at 9:00 a.m., in Las Vegas courtroom 6C.

<u>The Deposition of Dr. Erin Bigler</u>

The deposition of Dr. Erin Bigler will occur on **March 23, 2022**, at 10:00 a.m., virtually. Dr. Bigler cannot attend the hearing in this case because of illness. This deposition will be admissible during the hearing, subject to the conditions of Fed. R. Civ. P. 32(a).

<u>Pre-Hearing Briefs</u>

Williams will submit a pre-hearing brief by **February 28, 2022**. The respondents will file a responsive pre-hearing brief by **March 21, 2022**. Williams may file a reply to the respondents' brief by **March 28, 2022**.

<u>Witness List and Exhibit List</u>

The parties will file witness lists and exhibit lists no later than **March 31, 2022**. The parties will file a joint exhibit list, identifying the exhibits they agree are admissible. The parties will file separate lists of exhibits that the parties do not agree are admissible.

Pre-Hearing Motions

The parties will file any pre-hearing motions by **April 7, 2022**. The schedule for the briefing of such motions will be as set forth in Local Rule 7-2(b).

Marking and Submission of Exhibits

The parties are to contact Melissa Johansen, at melissa_johansen@nvd.uscourts.gov, no less than five calendar days before the evidentiary hearing to arrange to mark and submit exhibits.

Status Reports

The parties will continue to file, at three-month intervals and continuing until the hearing, joint status reports regarding the feasibility of adhering to this scheduling order in light of the COVID-19 pandemic, consistent with this Court's January 14, 2022 order. *See* ECF No. 288 at 2.

Dated this 9th day of February, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE