UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Cary Wallace Williams,<br><br>                              Petitioner,<br>v.<br><br>William Gittere, et al.,<br><br>                              Respondents. | Case No. 2:98-cv-00056-APG-VCF<br><br>**Order Scheduling Status Check** |

    This case is set for an evidentiary hearing beginning May 16, 2022. The parties originally said it would take one to two weeks. I have the week of May 16 blocked out for this hearing, but I have a scheduling conflict on Tuesday May 17. I begin a two-week criminal trial on May 23. I also have parties in many other cases clamoring for trial dates. So if the evidentiary hearing in this case will not begin on May 16, I would like to know soon in order to free up trial dates for other cases.

    In the last joint status report filed January 12, 2022, the parties felt the May 16 hearing date remained "feasible." ECF No. 294 at 3. I will hold a status conference on **March 25, 2022 at 10:30, via Zoom**. The parties should be prepared to discuss at least the following issues: whether they remain on track for a May 16 evidentiary hearing, how much time is needed for that hearing, what logistical problems must be addressed (e.g., will Williams attend in person or by video, where will Williams be housed, what Covid protocols must be followed), whether either side would be prejudiced if the hearing is held on non-consecutive weeks.

    Dated: March 15, 2022

 

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE