UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CARY WILLIAMS,

    Petitioner,

vs.

WILLIAM GITTERE, et al.,

    Respondents.

Case No. 2:98-cv-00056-APG-VCF

**ORDER TO TRANSPORT PETITIONER AND ORDER TO TEST NDOC INMATE FOR IN-COURT PROCEEDINGS**

(DEATH PENALTY CASE)

The evidentiary hearing in Petitioner Cary Williams' case is scheduled to begin at 9:00 a.m. on Wednesday, May 18, 2022. The hearing is scheduled to continue at 9:00 a.m. on Thursday, May 19, 2022, and at 9:00 a.m. on Friday, May 20, 2022.

**IT IS ORDERED** that the Nevada Department of Corrections (NDOC) shall transport inmate Cary Williams, NDOC #17919, to High Desert State Prison by May 10, 2022.

**IT IS FURTHER ORDERED** that the NDOC shall transport Williams to the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, NV 89101, to personally attend the evidentiary hearing scheduled to begin at 9:00 a.m. on Wednesday, May 18, 2022, in Courtroom Number 6C, before the Honorable Andrew P. Gordon. The NDOC shall transport Williams for each day of the hearing, including Thursday, May 19, 2022, and Friday, May 20, 2022.

**IT IS FURTHER ORDERED** that, on each day of the hearing, the NDOC will transport Williams before the time for the hearing, but not earlier than 7:30 a.m.

**IT IS FURTHER ORDERED** that the Nevada Attorney General's Office, in coordination with the NDOC, shall arrange for Williams to be tested for COVID-19 within 14 days of the hearing. Additionally, where practicable and depending on space availability, the NDOC should ensure Williams is placed in quarantine following administration of the test and prior to the hearing to protect against further exposure before transport to the Court.

**IT IS FURTHER ORDERED** that the NDOC shall arrange for Williams to be tested for COVID-19 every day of the hearing.

**IT IS FURTHER ORDERED** that, if Williams does not consent to testing, or upon a positive test result, the Nevada Attorney General shall immediately notify the Court by contacting the Courtroom Administrator Melissa Johansen, 702-464-5415 or Melissa_Johansen@nvd.uscourts.gov.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a courtesy copy of this Order to the U.S. Marshals Office in Las Vegas, Nevada.

**IT IS SO ORDERED.**

DATED: April 22, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE