Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_Fiedler@fd.org
Heather Fraley
Assistant Federal Public Defender
Texas Bar No. 24050621
Heather_Fraley@fd.org
Lisa Brunner
Assistant Federal Public Defender
Pennsylvania Bar No. 318543
Lisa_Brunner@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Cary Williams,<br><br>        Petitioner,<br><br>    v.<br><br>William Gittere, *et al.*,<br><br>        Respondents. | Case No. 2:98-cv-00056-APG-VCF<br><br>**Stipulation and Proposed Order Regarding Transport of Cary Williams**<br><br>DEATH PENALTY CASE |

In late April of this year, this Court issued an order to transport Mr. Williams from Ely State Prison to High Desert State Prison in anticipation of an evidentiary hearing in May. ECF No. 314. The parties file this stipulation and draft order to transport Mr. Williams back to Ely State Prison.

IT IS HEREBY STIPULATE AND AGREED that:

1. Pursuant to agreement between the parties and as requested by the parties, this Court issued an order to transport Cary Williams to High Desert State Prison for an evidentiary hearing that took place on May 18, 19, and 20 of this year. *See* ECF No. 314; *see also* ECF Nos. 319–20. That hearing is now complete, and Mr. Williams's presence in High Desert State Prison is no longer necessary for the purposes of the hearing.

2. When the hearing concluded, the parties were informed an order of the Court would not be necessary to transport Mr. Williams back to Ely State Prison.

3. To date, Mr. Williams has still not been transported back to Ely State Prison. The parties have now received information suggesting that a written Court order is, in fact, necessary for Mr. Williams to be transported back to Ely State Prison.

/ / /

/ / /

/ / /

4. After conferring, the parties agreed to file this stipulation and draft order, ordering the Nevada Department of Corrections to transport Mr. Williams back to Ely State Prison forthwith.

Dated this 1st day of July, 2022.

| Rene L. Valladares<br>Federal Public Defender | Aaron Ford<br>Attorney General of Nevada |
|---|---|
| */s/ Randolph M. Fiedler*<br>Randolph M. Fiedler<br>Assistant Federal Public Defender | */s/ Charles L. Finlayson*<br>Charles L. Finlayson<br>Senior Deputy Attorney General |
| */s/ Heather Fraley*<br>Heather Fraley<br>Assistant Federal Public Defender | |
| */s/ Lisa Brunner*<br>Lisa Brunner<br>Assistant Federal Public Defender | |

**ORDER**

The parties have submitted a stipulation requesting this Court to order the Nevada Department of Corrections to transport Petitioner Cary Williams to Ely State Prison. Based on this stipulation and for good cause shown:

**IT IS ORDERED** that the Nevada Department of Corrections shall transport Cary Williams, NDOC #17919, to Ely State Prison as soon as practical.

Dated this __1st__ day of _____July_____, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE